

No. 11–0227/NA.  U.S. v. Ros L. Davis.  CCA 201000302.  Review granted on the following issue:

> DOES AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATE AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011)?

No briefs will be filed under Rule 25.

No. 12–0304/AR.  U.S. v. Jeremiah R. Hopkins.  CCA 20100800.  Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM SPECIFICATIONS 2–12 OF CHARGE IV CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.  ARE THE CHARGES FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

No. 12–0305/AR.  U.S. v. Joshua C. Ambrose.  CCA 20100042.  Review granted on the following issue:

> WHETHER THE SPECIFICATION OF THE ADDITIONAL CHARGE FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

No. 12–0310/AF.  U.S. v. David W. Shanteau.  CCA 37969.  Review granted on the following issue:

WHETHER CHARGE II FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

No. 12–0311/AF.   U.S. v. William R. Mullen.   CCA 37959.   Review granted on the following issue:

WHETHER THE SPECIFICATION OF CHARGE IV FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENTS OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

No. 12–0371/AR.   U.S. v. Charlie W. Presley, Jr.   CCA 20090673.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 28, 2012.

No. 12–0373/AF.   U.S. v. Jose S. Monserrate.   CCA S31649.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 29, 2012.

No. 12–6006/AR.   U.S. v. Justin D. Robison.   CCA 20110758.   On consideration of the petition for grant of review filed by counsel for the Appellant on February 29, 2012, under Rule 19(a)(5)(A), Rules of Practice and Procedure, United States Court of Appeals for the Armed Forces, and docketed under Docket Number 12–0359/AR, it appears that said petition is in fact a petition for grant of review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862.   Accordingly, it is ordered that Docket Number 12–6006/AR be forthwith assigned to this case, that